**No. 10-6534. Rogelio Galvan Chavez, Petitioner v. United States.**

562 U.S. 990, 131 S. Ct. 436, 178 L. Ed. 2d 338, 2010 U.S. LEXIS 8232.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 584 F.3d 1354.